UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALLAS BUYERS CLUB, LLC,

       Plaintiff,                   Case No. 1:14-cv-00454-PLM

v.                                Chief Judge Paul L. Maloney

UNKNOWN PARTIES,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE
## AND NOTICE OF DEFICIENCY

     NOTICE is hereby given that the above-captioned case was electronically filed in this court on April 25, 2014. The case has been assigned to Chief Judge Paul L. Maloney.
     The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                        TRACEY CORDES
                                        CLERK OF COURT

Dated: April 25, 2014        By: /s/ N. Stimec_____
                                          Deputy Clerk